**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

| | |
|---|---|
| First Premier Bank, a South Dakota banking corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Allied Health Care Services, Inc., a New Jersey corporation, and Charles K. Schwartz, an individual,<br><br>　　　　Defendants. | Court File No. _____<br><br><br>**CORPORATE DISCLOSURE STATEMENT** |

　　　First Premier Bank, pursuant to Fed.R.Civ.P. 7.1, provides the following

Corporate Disclosure Statement:

　　　　　The parent corporation of First Premier Bank is United
　　　　　National Corporation, a South Dakota corporation.


　　　　　　　　　　　　　　　　　　　　MESSERLI & KRAMER P.A.


Dated:  August 18, 2010　　　　　　　　s/ Benjamin J. Court_____
　　　　　　　　　　　　　　　　　　　　John Harper III (#41397)
　　　　　　　　　　　　　　　　　　　　Benjamin J. Court (#319016)
　　　　　　　　　　　　　　　　　　　　1400 Fifth Street Towers
　　　　　　　　　　　　　　　　　　　　100 South Fifth Street
　　　　　　　　　　　　　　　　　　　　Minneapolis, Minnesota 55402
　　　　　　　　　　　　　　　　　　　　(612) 672-3600

　　　　　　　　　　　　　　　　　　　　ATTORNEYS FOR PLAINTIFF

851905.1